U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

2025 APR -3 PM 3: 08

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DONTAYVEUS THOMAS, | ) |
| Defendant. | ) |

Criminal No.

2:25-Cr-33-1

**INDICTMENT**

The Grand Jury charges:

COUNT 1

Between in or about February 2023 and in or about March 2023, in the District of Vermont, the defendant, DONTAYVEUS THOMAS, knowingly and willfully conspired with others, known and unknown to the grand jury, to manufacture and distribute cocaine base and to distribute fentanyl, both Schedule II controlled substances.

The conduct of the defendant, DONTAYVEUS THOMAS, including the reasonably foreseeable conduct of other members of the conspiracy, involved 28 grams or more of a mixture or substance containing a detectible amount of cocaine base, and 40 grams or more of a mixture or substance containing a detectible amount of fentanyl.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846)

1

## COUNT 2

On or about February 25, 2023, in the District of Vermont, the defendant, DONTAYVEUS THOMAS, knowingly and intentionally possessed with the intent to distribute cocaine, 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, and 40 grams or more of a mixture or substance containing a detectible amount of fentanyl, both Schedule II controlled substances.

(21 U.S.C. §§ 841(a) & 841(b)(1)(B); 18 U.S.C. § 2)

## COUNT 3

On or about February 26, 2023, in the District of Vermont, the defendant, DONTAYVEUS

THOMAS, knowingly and intentionally possessed with the intent to distribute fentanyl, and 28 grams

or more of a mixture and substance containing a detectable amount of cocaine base, both Schedule II

controlled substances.

(21 U.S.C. §§ 841(a) & 841(b)(1)(B)&(C))



FOREPERSON

MICHAEL P. DRESCHER (JLB)
Acting United States Attorney
Burlington, Vermont
April 3, 2025

3